## STATE v. McMILLAN.

(Opinion filed, April 2, 1907.)

Error to Circuit Court, Brule County. Hon. FRANK B. SMITH, Judge.

Avery McMillan was convicted of violating the liquor laws, and brings error. Affirmed.

G. P. Harben, for plaintiff in error. Philo Hall, Atty. Gen., Aubrey Lawrence, Asst. Atty. Gen., and J. E. House, State's Atty., for the state.

. PER CURIAM. The information, verdict, judgment, and questions presented for review in this case are practically the same as in the case of State of South Dakota v. Addison Gilbert, 21 S. D., 111 N. W. 538, in which an opinion has this day been handed down, and was submitted by stipulation to the court upon the same brief.

For the reasons stated in that opinion therefore, the judgment of the circuit court is affirmed.